IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bear Staffing,                                    :
                          Petitioner             :
                                                 :
             v.                                  :          No. 949 C.D. 2020
                                                 :
Shawn Logan (Workers'                            :
Compensation Appeal Board),                      :
                          Respondent             :


**PER CURIAM**                          **O R D E R**


NOW, December 6, 2021, upon consideration of Petitioner's application for reargument, the application is denied.